1  SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3  Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000
    Fax:          (415) 436-6748
7
Attorneys for the United States of America
8
           **IN THE UNITED STATES DISTRICT COURT FOR THE**
9
              **NORTHERN DISTRICT OF CALIFORNIA**
10
                   **SAN FRANCISCO DIVISION**
11

12  **UNITED STATES OF AMERICA and**         )  NO.
    **JEANETTE FARMER, Revenue Officer,**    )
13                                            )
              **Petitioners,**               )  **VERIFIED PETITION TO**
14                                            )  **ENFORCE INTERNAL**
         **v.**                              )  **REVENUE SERVICE SUMMONS**
15                                            )
    **GEORGE WOLFF,**                        )
16                                            )
              **Respondent.**                )
17                                            )

18      Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer,

19  **JEANETTE FARMER,** allege and petition as follows:

20      1.    This proceeding is brought and this Court has jurisdiction hereof under Sections

21  7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22      2.    Petitioner **JEANETTE FARMER** is and at all times mentioned herein was an

23  employee and officer of the Internal Revenue Service of the United States Department of the

24  Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25  described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26  7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27  301.7603-1).

28

3.      Petitioner **JEANETTE FARMER** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal tax liabilities of **GEORGE WOLFF** for the tax years of 1999, 2000, 2001, 2002, 2003, 2004 and 2005.

4.      Petitioner **JEANETTE FARMER** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of **GEORGE WOLFF**, for the period stated in paragraph 3 above.

5.      Respondent **GEORGE WOLFF**'s business address is 655 Montgomery St., Ste. 1050, San Francisco, CA 94126, which is within the venue of this Court.

6.      Petitioner **JEANETTE FARMER** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7.      On June 25, 2007, in accordance with law, petitioner **JEANETTE FARMER** served a summons on respondent **GEORGE WOLFF** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by handing an attested copy of the summons to his receptionist, Jennifer, at the business address of the respondent **GEORGE WOLFF.** The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8.      The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of **GEORGE WOLFF** for the years stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination and collection of the above-mentioned federal tax liabilities of **GEORGE WOLFF** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

9.      The respondent did not appear on July 9, 2007, as requested in the summons.

10. By letter dated July 19, 2007, respondent **GEORGE WOLFF** was provided with another opportunity to comply by appearing for an appointment with petitioner **JEANETTE FARMER** on August 1, 2007. See <u>Exhibit</u> <u>B</u>.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **JEANETTE FARMER** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

CYNTHIA L. STIER
Assistant United States Attorney
Tax Division

 # Summons

In the matter of  GEORGE WOLFF, 555 MONTGOMERY ST. STE. 1050, SAN FRANCISCO, CA 94126

Internal Revenue Service (Division):  Small Business/Self Employed

Industry/Area (name or number):  Small Business/Self Employed - Non SBSE Field Area

Periods:  See attachment for Period information

## The Commissioner of Internal Revenue

To:  GEORGE WOLFF

At:  555 MONTGOMERY ST. STE 1050, SAN FRANCISCO, CA 94126

You are hereby summoned and required to appear before JEANETTE FARMER, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

COPY OF THE DICKSMOOR REVOCABLE TRUST

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

 450 GOLDEN GATE AVE., 6TH FL., SAN FRANCISCO, CA 94102  415-522-4323

**Place and time for appearance at**   450 GOLDEN GATE AVE., 6TH FL., SAN FRANCISCO, CA 94102

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

on the  09  day of  JULY ,  2007  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  21  day of  June      2007

_____
Signature of Issuing Officer

REVENUE OFFICER
Title

_____
Signature of Approving Officer (if applicable)

Title

Exhibit A

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 25, 2007 | 12:53 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Jennifer

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|-----------|-------|
| Janette Furra | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 25, 2007     Time: 12:53

Name of Noticee: George Wolff

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any). Jennifer

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| Janette Furra | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|

Form **2039** (Rev. 10-2006)

## Attachment to Summons Form 2039

In the matter of **GEORGE WOLFF**

Period information: DECEMBER 31, 1999, DECEMBER 31, 2000, DECEMBER 31, 2001, DECEMBER 3 2002, DECEMBER 31, 2003, DECEMBER 31, 2004, AND DECEMBER 31, 2005.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, NINTH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

VIA CERTIFIED MAIL &
REGULAR MAIL

**JUL 19 2007**

George W. Wolff
655 Montgomery Street,
Suite 1050
San Francisco, CA 94126

Date Summons Served:                    June 25, 2007 12:53 p.m.

Date required to appear as
specified in Summonses:                 July 9, 2007 10:00 a.m.

Dear Mr. Wolff:

The Revenue Officer assigned to this case has informed me
that you did not fully comply with the summons issued to you
on June 25, 2007. The summons requires you to give testimony
and produce documents concerning the Dicksmoor Revocable
Trust. Specifically, you have not provided any summoned
information. A copy of the Summons is enclosed with this
letter.

Legal proceedings in the United States District Court can
be brought against you for your failure to comply with the
Summonses. To avoid these legal proceedings, you should
contact the Revenue Officer, Jeanette Farmer, attend the
scheduled appointment, and provide all testimony and documents
requested in the Summons.

Appointment Information

Revenue Officer                         Appointment

Name:      Jeanette Farmer              Date: August 1, 2007
Address:   IRS                          Time: 10:00 a.m.
           450 Golden Gate Ave,
           6th Floor
           San Francisco, CA 94102
Phone:     (415) 522-4323

This is your last chance to comply with the above Summons
before this office pursues litigation in the United States
District Court.

Exhibit B

If you have any questions concerning this matter, please contact Revenue Officer Jeanette Farmer.

Sincerely,

KAELYN J ROMEY
Attorney (SBSE)
T.C. Bar No. RK0114

Enclosure: As stated

cc:  Jeanette Farmer
     450 Golden Gate Ave,
     6th Floor
     San Francisco, CA 94102

V E R I F I C A T I O N

I, **JEANETTE FARMER**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Francisco, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 5, 2007_ at San Francisco, California.

JEANETTE FARMER