UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),                       No. C 07-05652 JSW

  v.                                    **CLERK'S NOTICE**

GEORGE WOLFF

        Defendant(s).

_____/

      YOU ARE HEREBY NOTIFIED that on February 15, 2008, at 9:00 a.m., immediately following the hearing on the Order to Show Cause, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for 1:30 p.m.**, in this matter. A case management statement is due on or before February 8, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By: _____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: November 14, 2007