SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax:       (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,**        Petitioners,     v.  **GEORGE WOLFF,**        Respondent. | NO. C-07-05652-JSW  **CERTIFICATE OF SERVICE** |

    I, **KATHY P. TAT** declare:

    That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

    I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT - efiled on November 13, 2007; and
CLERK'S NOTICE - Efiled on November 14, 2007

1

1  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
2  envelope, and served as follows:
3  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
4  the designated area for outgoing U.S. mail in accordance with this office's practice.
5  ____   **PERSONAL SERVICE (BY MESSENGER)**
6  ____   **FACSIMILE (FAX)** No.: _____
7  to the parties addressed as follows:
8  GEORGE WOLFF
   655 MONTGOMERY ST., STE. 1050
9  SAN FRANCISCO, CA 94126
10      I declare under penalty of perjury under the laws of the United States that the foregoing is
11  true and correct.
12      Executed on **November 14, 2007** at San Francisco, California.

                                                          /s/ Kathy P. Tat
15                                                        **KATHY P. TAT**
                                                          **Legal Assistant**

Certificate of Service
C-07-05652-JSW                                    2