SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax:       (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> GEORGE WOLFF, <br><br> Respondent. | NO. C-07-05652-JSW <br><br> PROOF OF SERVICE AND DECLARATION OF KEVIN CHENG |

I, Kevin Cheng, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1. I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

2. On November 27, 2007, at approximately 4:00 p.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on George Wolff, at 655 Montgomery Street, Suite #1050, San Francisco, CA 94126.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3rd___ day of ___Dec___, 2007, at ___S.F.___, California.

_____
KEVIN CHENG