JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-7000
  Fax:           (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and JEANETTE FARMER, Revenue Officer<br><br>        Plaintiffs,<br><br>        v.<br><br>GEORGE WOLFF,<br><br>        Defendant. | Case No.  C-07-05652-JSW<br><br>UNITED STATES'<br>CASE MANAGEMENT<br>STATEMENT AND<br>[Proposed] ORDER<br><br>Date: February 15, 2008<br>Time: 9:00 a.m.<br><br>Place: Courtroom 2, 17th Floor |

Plaintiffs submit this case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

**1.**   **A brief description of the events underlying the action:**

**a.**   **Plaintiff.**

Plaintiff, United States, and IRS Revenue Officer Jeanette Farmer, filed a Petition to Enforce an Internal Revenue Service summons served upon George Wolf.  The summons required George Wolf to give testimony and produce documents relating to the Dicksmoor Revocable Trust.  George Wolf has failed to comply with the summons and Plaintiffs seek to

1  enforce the summons through this Court.  George Wolf was served with a copy of the Verified
2  Petition to Enforce Internal Revenue Service Summons, a copy of the Order to Show Cause, and
3  the Case Management Conference Order.  To date, Wolf has not responded.

4  **2.** **The principal factual issues which the parties dispute:**
5  The United States is unaware of any issues as George Wolf has not responded to
6  the Petition.

7  **3.** **The principal legal issues which the parties dispute:**
8  The United States is unaware of any issues as George Wolf has not responded to
9  the Petition.

10  **4.** **The other factual issues [*e.g. service of process, personal jurisdiction, subject**
11  ***matter jurisdiction or venue*] which remain unresolved for the reason stated below and how**
12  **the parties propose to resolve those issues:**
13  None.

14  **5.** **The parties which have not been served and the reasons:**
15  None.

16  **6.** **The additional parties which the below-specified parties intend to join and**
17  **the intended time frame for such joinder:**
18  None.

19  **7.** **The following parties consent to assignment of this case to a United States**
20  **Magistrate Judge for *[court or jury]* trial:**
21  a.   **Plaintiff**
22  _____The United States does not anticipate a trial. _____
23  b.   **Defendant**
24  Unknown.

25  **ALTERNATIVE DISPUTE RESOLUTION**
26  **8.** **Please indicate the appropriate responses.**
27  ☐   **The case was automatically assigned to Nonbinding Arbitration at filing and**
28  **will be ready for the hearing by** (date) _____.

US Case Management Statement,
C-07-05652-JSW                                2

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. **Please indicate any other information regarding ADR process or deadline.**

   a. **Plaintiff**

   None.

   b. **Defendant**

   Unknown.

## **DISCLOSURES**

10. **The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

    a. **Plaintiff**

    Unknown at this time.

    b. **Defendant**

    Unknown at this time.

## **DISCOVERY**

11. **The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]**:**

///

**US Case Management Statement,**
**C-07-05652-JSW**                                3

1       a.     **Plaintiff**

2             Unknown at this time.

3                        **TRIAL SCHEDULE**

4       12.    **The parties request a trial date as follows:**

5       a.     **Plaintiff**

6             Plaintiff does not anticipate a trial.

7       b.     **Defendant**

8       13.    **The parties expect that the trial will last for the following number of days:**

9       a.     **Plaintiff**

10            Plaintiff does not anticipate at trial.

11      b.     **Defendant**

JOSEPH RUSSONIELLO
United States Attorney

Dated: February 8, 2008     By:     */s/Cynthia Stier*
Cynthia Stier
Assistant U.S. Attorney
Attorneys for the United States of America

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____       _____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT JUDGE

**US Case Management Statement,**
**C-07-05652-JSW**           4

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

GEORGE WOLFF
655 MONTGOMERY ST., STE. 1050
SAN FRANCISCO, CA 94126

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 8, 2008** at San Francisco, California.

                                                /s/ Kathy Tat
                                                **KATHY TAT**
                                                **Legal Assistant**