1  GEORGE WILLIAM WOLFF, pro se
   655 Montgomery Street, Suite 1050
2  P.O. BOX 26749
   SAN FRANCISCO CA 94126-6749
3  Telephone: (415)788-1881
   Telecopier: (415)788-0880
4  Respondent, in pro se

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JEANETTE FARMER,<br><br>Petitioners<br><br>vs.<br><br>GEORGE WOLFF,<br><br>Respondent. | No. C-07-05652-JSW<br><br>RESPONSE TO ORDER TO SHOW CAUSE PETITION AND REPORT re STATUS<br><br>DATE: FEBRUARY 15, 2008<br>TIME: 9;00 A.M<br>COURTROOM: 2, 17TH FLOOR |

George Wolff declares as follows:

1. I am the Respondent taxpayer appearing pro se in this matter.

2. I already have produced four bankers boxes of personal and business documents per petitioner's prior requests, and am still willing to produce additional non-privileged records, to the Petitioner.

3. The trust document apparently sought in the summons is a revocable trust for estate planning purposes, effectively my private confidential will setting out who I have designated as my heirs when I die, and is of no relevance to the collection of the past taxes in question, on which I have already made many substantial voluntary payments in addition to many levies made. I am the sole trustee of that trust.

4. I consent to a magistrate judge hearing this matter.

5. I am not aware of any further proceedings needed in this matter.

Page 1 of 2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true of my own personal knowledge and that this declaration was executed this February 8, 2008 at San Francisco CA

George W. Wolff, Respondent

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

Check method of service (only one):

_____ By Personal Service     __X__ By Mail     _____ By Overnight Delivery

_____ By Messenger Service     _____ By Facsimile     _____ By E-Mail/Electronic Transmission

1. At the time of service I am over 18 years of age and not a party to this action.

2. My address is (specify one):
__X__     Business:
   655 Montgomery Street, suite 1050; P.O.Box 26749, San Francisco, CA 94126-6749

_____ Residence:

3. On February 11, 2008, I served the following documents (specify):

- **RESPONSE TO ORDER TO SHOW CAUSE PETITION AND REPORT re STATUS**

4. I served the documents on the persons below, as follows:

| a. **Name of person** served: | b. **Address** of person served | c. **Fax number or e-mail** address of person served, if service was by fax or e-mail |
|---|---|---|
| Cynthia Stier<br>Assistant U.S. Attorney | 450 Golden Gate Ave<br>Box 36055<br>San Francisco, CA 94102 | |

d. Time of service, if personal service was used:

_____ The names, addresses, and other applicable information about the persons served is on the Attachment to Proof of Service-Civil (Persons Served) (form POS-040(P)).

5. The documents were served by the following means (specify):

a. ___ **By personal service.** I personally delivered the documents to the persons at the addresses

Page 1 of 3

listed in item 4.
(1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. _X_ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1)_X_ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ___ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):

(3) ___ enclosed in a sealed envelope or package, registration or certification and return receipt requested, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of envelopes and packages for mailing with the United States Postal Service. Under the firm's practice, registered and certified first class mail with return receipt requested is deposited in the ordinary course of business of the United States Postal Service at San Francisco, California, that same day, with all postage and fees thereon fully prepaid. I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):

c. ___ **By overnight delivery**, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4.  placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By messenger service**, I served the documents by placing them in an envelope or package

addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)

e. \_\_\_ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. \_\_\_ **By e-mail or electronic transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2008            BY: _____
                                              Jennifer Yu