```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for Petitioners
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and JEANETTE FARMER, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>GEORGE WOLFF,<br><br>Respondent. | No. C-07-5652-JSW<br><br>STIPULATION OF PARTIES TO DISMISS ACTION AND [PROPOSED] ORDER |

The parties agree, subject to the Court's approval, as follows:

1. On June 25, 2007, the Internal Revenue Service served an administrative summons on Respondent, George Wolff, for documents and/or information pertaining to tax matters of Respondent for the 1999 through 2005, inclusive, tax years. The Summons specifically requested a copy of the Dicksmoor Revocable Trust.

2. Respondent failed to comply with the Summons and the Petitioner commenced this action by filing a Verified Petition to Enforce the IRS summons described in paragraph 1, above.

3. Respondent has agreed to provide a copy of the Dicksmoor Revocable Trust to Petitioner, Jeanette Farmer, on or before February 22, 2008. The parties stipulate that

1  Respondent may redact the name of the beneficiary from the copy of the Dicksmoor Revocable
2  Trust provided to Petitioner Jeanette Farmer. The parties acknowledge and agree that no other
3  information may be redacted.

4      4.    The administrative summons, described above, should be enforced.

5      5.    That this action should be dismissed pursuant to Rule 41(a) of the Federal Rules
6  of Civil Procedure.

8  IT IS SO STIPULATED:

10                            JOSEPH RUSSONIELLO
11                            United States Attorney

13 DATED: February 13, 2008        /s/ Cynthia Stier
                                        CYNTHIA L. STIER
14                            Assistant United States Attorney
                                          Attorney for the United States of America

17 DATED: 2-13-08

                                         GEORGE WOLFF
18                            Respondent

19 //
20 //

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1. That the administrative summons issued to George Wolff on or about June 25, 2007, for documents and/or information pertaining to tax matters of Respondent for the 1999, 2000, 2001, 2002, 2003, 2004 and 2005 tax years is enforced.

2. That Respondent George Wolff produce a copy of the Dicksmoor Revocable Trust to Petitioner Jeanette Farmer, with the names of the beneficiaries of the trust redacted, on or before February 22, 2008.   No other information may be redacted from the trust.

3. That this action is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:

HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT JUDGE

United States v. George Wolff,
Case No. 07-5652-JSW,
Stipulation and [proposed] Order

3